IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**HOUSTON D. ROBINSON, #T2622**                                                   **PLAINTIFF**

**VERSUS**                                       **CIVIL ACTION NO. 1:05cv442LG-RHW**

**BILL CULPEPPER, KOSTA N. VLAHOS, AND JOHN DOE**          **DEFENDANTS**

### FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the memorandum opinion and order issued this day,

**IT IS HEREBY, ORDERED AND ADJUDGED** that this cause be dismissed without prejudice.

**SO ORDERED AND ADJUDGED** this the 13th day of March, 2006.

                                                              s/ *Louis Guirola, Jr.*
                                                              LOUIS GUIROLA, JR.
                                                              UNITED STATES DISTRICT JUDGE